# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVID STANASZAK,

    Plaintiff,

v.

KOHN LAW FIRM SC and MIDLAND FUNDING LLC,

    Defendants.

Case No. 18-CV-680-JPS

**ORDER**

On July 18, 2018, Plaintiff filed a notice of voluntary dismissal of this action with prejudice. (Docket #5). As Defendants have not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #5) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 19th day of July, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge